

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-09-00242-CR

## IN RE KENNETH RAY BROWN

_____

## Original Proceeding

---

## MEMORANDUM OPINION

---

Kenneth Ray Brown's petition for writ of mandamus is denied. Brown's

application for leave to file the petition is dismissed as moot.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Petition denied
Motion dismissed
Opinion delivered and filed August 5, 2009
Do not publish
[OT06]